B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Northern District of Iowa | Voluntary Petition |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Big Sky Farms Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN)<br>No./Complete EIN (if more than one, state all):<br>**89890 1673 RC0002** | Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN)<br>No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**10333 8th Avenue<br>Humboldt, Saskatchewan   S0K 2A0**   ZIP CODE | Street Address of Joint Debtor (No. & Street, City, and State):   ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Saskatchewan  Canada** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**Box 610<br>Humboldt, Saskatchewan  S0K 2A0**   ZIP CODE | Mailing Address of Joint Debtor (if different from street address):   ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
| --- | --- | --- |
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☒ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Tax-Exempt Entity<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☒ Debts are primarily business debts. |
| --- | --- |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
| --- | --- |
| ☒ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
| --- | --- |
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Estimated Debts

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

B1 (Official Form 1) (1/08)                                                                                                    Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Big Sky Farms Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: **-None-** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>    Signature of Attorney for Debtor(s)        Date |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>☒ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☒ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>*Check all applicable boxes.* |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)<br><br>     _____<br>     (Name of landlord that obtained judgment)<br><br>     _____<br>     (Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).. |

B1 (Official Form 1) (1/08)                                                                                                      Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Big Sky Farms Inc.** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☒ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X  **/s/ Kevin Blair Brennan**<br>Signature of Foreign Representative<br>**Kevin Blair Brennan, Senior VP, Ernst & Young Inc.**<br>**Monitor of Big Sky Farms Inc.**<br>Printed Name of Foreign Representative<br>11/10/2009<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X  **/s/ Julie Johnson McLean**<br>Signature of Attorney for Debtor(s)<br>**Julie Johnson McLean**<br>Printed Name of Attorney for Debtor(s)<br>**Davis, Brown, Koehn, Shors & Roberts, P.C.**<br>Firm Name<br>**215 10th Street, Suite 1300**<br>**Des Moines, IA 50309**<br>Address<br>Email:juliemclean@davisbrownlaw.com<br>**515-288-2500 Fax:515-243-0654**<br>Telephone Number<br>11/10/2009<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>Address<br>X _____<br><br>_____<br>Date |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X  **/s/ Canute Tagseth**<br>Signature of Authorized Individual<br>**Canute Tagseth**<br>Printed Name of Authorized Individual<br>**CFO & Treasurer**<br>Title of Authorized Individual<br>11/10/2009<br>Date | Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  11 U.S.C. § 110; 18 U.S.C. § 156.* |

B6D (Official Form 6D) (12/07)

In re    **Big Sky Farms Inc.**
_____,                    Case No. _____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. | | | | **See The Bank of Novia Scotia, As Agent** | | | | | |
| **Bank of Montreal** **350 7th Avenue S.W.** **First Canadian Centre, Ninth Floor** **Calgary, Alberta T2P 3N9** | | - | | | | | | | |
| | | | | Value $             **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. | | | | | | | | | |
| **CIC Asset Management Inc.** **1800 - 1874 Scarth Street** **Regina, Saskatchewan S4P 4B3** | | - | | | | | | | |
| | | | | Value $             **Unknown** | | | | **4,400,397.50** | **Unknown** |
| Account No. | | | | | | | | | |
| **Cliff Wiegers** **c/o Wiegers Financial** **901 3rd Avenue North** **Saskatoon, Saskatchewan S7K 2K4** | | - | | | | | | | |
| | | | | Value $             **Unknown** | | | | **76,017.31** | **Unknown** |
| Account No. | | | | **See FCC Ventures** | | | | | |
| **Farm Credit Canada** **900 - 1801 Hamilton Street** **Regina, Saskatchewan  S4P 4L5** | | - | | | | | | | |
| | | | | Value $             **Unknown** | | | | **Unknown** | **Unknown** |

__2__   continuation sheets attached

Subtotal
(Total of this page)

**4,476,414.81**        **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Big Sky Farms Inc.**                                                    Case No. _____
                                         Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Investor | | | | | |
| **FCC Ventures a Division of Farm Credit Canada 3820 700 2nd St. SW Calgary, Alberta T2P 2W2** | - | | | | | | | |
| | | | Value $         **Unknown** | | | | **2,335,528.46** | **Unknown** |
| Account No. | | | | | | | | |
| **Florian Possberg P.O. Box 278 Humboldt, Saskatchewan S0K 2A0** | - | | | | | | | |
| | | | Value $         **0.00** | | | | **515,385.56** | **Unknown** |
| Account No. | | | Investor | | | | | |
| **Golden Opportunities Fund Inc. 1300, 410 - 22 Street East Saskatoon, Saskatchewan S7K 5T6** | - | | | | | | | |
| | | | Value $         **Unknown** | | | | **2,351,454.21** | **Unknown** |
| Account No. | | | See The Bank of Nova Scotia, As Agent | | | | | |
| **National Bank of Canada 116 - 2nd Avenue South Saskatoon, SK S7K 1K5 Canada** | - | | | | | | | |
| | | | Value $         **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. | | | See The Bank of Novia Scotia, As Agent | | | | | |
| **The Bank of Nova Scotia 306 - 20th Street West at Avenue C Saskatoon, Saskatchewan S7M 0X2** | - | | | | | | | |
| | | | Value $         **Unknown** | | | | **Unknown** | **Unknown** |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)    **5,202,368.23**    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Big Sky Farms Inc.**                                         Case No. _____
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **The Bank of Nova Scotia, as Agent 720 King St. West, Second Floor Toronto, Ontario M5V 2T3** | - | | | | | | | |
| | | | Value $              **Unknown** | | | | **68,865,501.00** | **Unknown** |
| Account No. | | | **See above** | | | | | |
| **The Bank of Nova Scotia, as Agent 40 King St. West, 62nd Floor Toronto, Ontario M5W 2X6** | - | | | | | | | |
| | | | Value $              **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | **68,865,501.00** | **0.00** |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | **78,544,284.04** | **0.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Big Sky Farms Inc.**                                                    Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | | | | | |
| **Agri Stats, Inc.** **PO Box 11264** **Fort Wayne, IN 46856-1264** | - | | | | | | | | **Unknown** |
| Account No. | | | | | Feed Supplier | | | | |
| **Archer Daniels Midland** **2019 3rd Ave.** **Mankato, MN 56001-2804** | - | | | | | | | | **Unknown** |
| Account No. | | | | | Grower Contract | | | | |
| **B&B Swine** **19150 Sycamore Ave.** **Glidden, IA 51443** | - | | | | | | | | **Unknown** |
| Account No. | | | | | Grower Contract | | | | |
| **Brent Gehling** **27078 Granite Avenue** **Manning, IA 51455** | - | | | | | | | | **Unknown** |
| **9**   continuation sheets attached | | | | | | Subtotal (Total of this page) | | | **0.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          S/N:31646-091012   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Big Sky Farms Inc.**                                                    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Grower Contract | | | | |
| Brett McNaughton 37393 280th Street Kingsley, IA 51028 | - | | | | | | Unknown |
| Account No. | | | | | | | |
| Cablevey Intraco Inc. PO Box 5228 Des Moines, IA 50306 | - | | | | | | Unknown |
| Account No. | | | Grower Contract | | | | |
| CBC Farms Jim Countryman 2957 150th Street Moville, IA 51039 | - | | | | | | Unknown |
| Account No. | | | Grower Contract | | | | |
| Deer Creek Randy Hiemstra 44485 300th Street Kingsley, IA 51028 | - | | | | | | Unknown |
| Account No. | | | | | | | |
| DEL-uxe Animal Health 109 North C Street Box 303 Sheldon, IA 51201 | - | | | | | | Unknown |

Sheet no. __1__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Big Sky Farms Inc.**                                                               Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Feed Supplier | | | | |
| DEL-uxe Feeds Inc. 109 C St. Sheldon, IA 51201 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Destron Fearing NW7891 PO Box 1450 Minneapolis, MN 55485-7981 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Doug Hucka 3630 Norridge Ave Lake City, IA 51449 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Dustar Express, Inc. 4955 Eagle Avenue Ireton, IA 51027 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Edward J. Heck & Sons Co. 1625 S 13th Street PO Box 3784 Omaha, NE 68103-0784 | - | | | | | | | Unknown |

Sheet no. __2__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Big Sky Farms Inc.**                                                          Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Feed Supplier | | | | |
| **FAC Coop** **12543 190th Street** **PO Box 24** **Arcadia, IA 51430** | | - | | | | | | Unknown |
| Account No. | | | | Feed Supplier | | | | |
| **Farmers Coop** **105 E Main St.** **Hinton, IA 51024** | | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| **Feedlogic Corporation** **1717 16th Street N.E.** **Floor 2** **Willmar, MN 56201** | | - | | | | | | Unknown |
| Account No. | | | | Grower Contract | | | | |
| **G & D Pork, LLC** **PO Box 125** **Sheldon, IA 51201** | | - | | | | | | Unknown |
| Account No. | | | | Grower Contract | | | | |
| **Gabel Family Farms Inc.** **20396 140th Street** **Akron, IA 51001** | | - | | | | | | Unknown |

Sheet no. __3__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Big Sky Farms Inc.**                                                                    Case No. _____
                                                            **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Garrels Management Services**<br>**2706 Otter Ave**<br>**Sac City, IA 50583** | - | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Hull Veterinary Clinic**<br>**213 Black Forest Road**<br>**Hull, IA 51239** | - | | | | | | **Unknown** |
| Account No. | | | Grower Contract | | | | |
| **Hulstein and Sons**<br>**c/o Robert D. Hulstein**<br>**3444 US 75**<br>**Hull, IA 51239** | - | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **International Trade Solutions**<br>**PO Box 12607**<br>**Grand Forks, ND 58208-2607** | - | | | | | | **Unknown** |
| Account No. | | | Grower Contract | | | | |
| **Jerrod Lynott**<br>**727 18th Street**<br>**PO Box 327**<br>**Hawarden, IA 51023** | - | | | | | | **Unknown** |

Sheet no. __4__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Big Sky Farms Inc.**                                                    Case No. _____

                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Grower Contract | | | | |
| **Jim and Cindy Lynott**<br>**PO Box 327**<br>**4513 Buchanan Ave.**<br>**Hawarden, IA 51023** | | | | | | | | Unknown |
| Account No. | | - | | Grower Contract | | | | |
| **Joe Rupiper**<br>**18513 235th Street**<br>**Carroll, IA 51401** | | | | | | | | Unknown |
| Account No. | | - | | Grower Contract | | | | |
| **John Opperman**<br>**408 Sue Street**<br>**Manning, IA 51455** | | | | | | | | Unknown |
| Account No. | | - | | | | | | |
| **Klocke Trucking**<br>**28779 - 280th Street**<br>**Coon Rapids, IA 50058** | | | | | | | | Unknown |
| Account No. | | - | | | | | | |
| **Lextron Animal Health Iowa**<br>**Department #1305**<br>**Denver, CO 80256** | | | | | | | | Unknown |

Sheet no. __5__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Big Sky Farms Inc.**                                    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Grower Contract | | | | |
| **Matt Gehling** **22924 270th Street** **Carroll, IA 51401** | - | | | | | | Unknown |
| Account No. | | | | | | | |
| **MetaFarms, Inc.** **423 West Travelers Trail** **Burnsville, MN 55337** | | | | | | | Unknown |
| Account No. | | | | | | | |
| **Multi-Wing America Inc.** **15030 Berkshire Industrial Park** **PO Box 425** **Burton, OH 44021** | - | | | | | | Unknown |
| Account No. | | | Feed Supplier | | | | |
| **New Cooperative Inc.** **206 Main St.** **Palmer, IA 50571** | - | | | | | | Unknown |
| Account No. | | | | | | | |
| **New Feeds, LLC** **fka Glidden Coop** **2626 1st Avenue South** **Fort Dodge, IA 50501** | - | | | | | | Unknown |

Sheet no. __6__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re　**Big Sky Farms Inc.**　　　　　　　　　　　　　　　　　, 　　Case No. _____
　　　　　　　　　　　　　　Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. | | | | | | | | | |
| **New Solutions LC**<br>**1841 Virginia Drive**<br>**Manhattan, KS 66502** | - | | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| **Newsham Choice Genetics**<br>**5058 Grand Ridge Dr**<br>**Suite 200**<br>**West Des Moines, IA 50265** | - | | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| **Plendl Feed Service, Inc.**<br>**124 Main Street**<br>**Kingsley, IA 51028** | - | | | | | | | | Unknown |
| Account No. | | | | | | Grower Contract | | | |
| **R and J Staiert Inc.**<br>**12080 Flintwood C. NW**<br>**Coon Rapids, MN 55448-8302** | - | | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| **Scott Equipment Co.**<br>**605 4th Avenue N.W.**<br>**New Prague, MN 56071** | - | | | | | | | | Unknown |

Sheet no. **7** of **9** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　　　　　　　　　　　　Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Big Sky Farms Inc.**                                          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Hog Supply Contract | | | | |
| Sioux-Preme Packing Co. 4241 U.S. 75 Avenue Sioux Center, IA 51250-0255 | - | | | | | | | Unknown |
| Account No. | | | | Grower Contract | | | | |
| Staiert Farm Partnership 19975 Falcon Ave Carroll, IA 51401 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Swine Robotics, Inc. 10858 365th Ave. Leola, SD 57456 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Swine Vet Center, PA 1608 South Minnesota Avenue PO Box 269 Saint Peter, MN 56082 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Templeton Vet Clinic 401 S Rye Avenue Templeton, IA 51463 | - | | | | | | | Unknown |

Sheet no. __8__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Big Sky Farms Inc.**                                          , Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Tim Vogl Trucking Inc.** **PO Box 44** **Arcadia, IA 51430** | - | | | | | | Unknown |
| Account No. | | | Grower Contract | | | | |
| **Wayne Riesberg** **25217 Jade Avenue** **Carroll, IA 51401** | - | | | | | | Unknown |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __9__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 0.00 |
| | Total (Report on Summary of Schedules) | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6G (Official Form 6G) (12/07)

In re    **Big Sky Farms Inc.**                                              Case No. _____
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Archer Daniels Midland<br>2019 3rd Ave.<br>Mankato, MN 56001-2804 | Feed Supply Contract |
| B&B Swine<br>19150 Sycamore Ave.<br>Glidden, IA 51443 | Grower Contract |
| Brent Gehling<br>27078 Granite Avenue<br>Manning, IA 51455 | Grower Contract |
| Brett McNaughton<br>37393 280th Street<br>Kingsley, IA 51028 | Grower Contract |
| CBC Farms<br>Jim Countryman<br>2957 150th Street<br>Moville, IA 51039 | Grower Contract |
| Deer Creek<br>Randy Hiemstra<br>44485 300th Street<br>Kingsley, IA 51028 | Grower Contract |
| DEL-uxe Feeds Inc.<br>109 C St.<br>Sheldon, IA 51201 | Feed Supply Contract |
| FAC Coop<br>12543 190th Street<br>PO Box 24<br>Arcadia, IA 51430 | Feed Supply Contract |
| Farmers Coop<br>105 E Main St.<br>Hinton, IA 51024 | Feed Supply Contract |
| G & D Pork, LLC<br>PO Box 125<br>Sheldon, IA 51201 | Grower Contract |
| Gabel Family Farms Inc.<br>20396 140th Street<br>Akron, IA 51001 | Grower Contract |

    1
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Big Sky Farms Inc.**                                                    Case No. _____
                                                                    ,
                                            Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Hulstein and Sons<br>c/o Robert D. Hulstein<br>3444 US 75<br>Hull, IA 51239 | Grower Contract |
| Jerrod Lynott<br>727 18th Street<br>PO Box 327<br>Hawarden, IA 51023 | Grower Contract |
| Jim and Cindy Lynott<br>PO Box 327<br>4513 Buchanan Ave.<br>Hawarden, IA 51023 | Grower Contract |
| Joe Rupiper<br>18513 235th Street<br>Carroll, IA 51401 | Grower Contract |
| John Opperman<br>408 Sue Street<br>Manning, IA 51455 | Grower Contract |
| Matt Gehling<br>22924 270th Street<br>Carroll, IA 51401 | Grower Contract |
| New Cooperative Inc.<br>206 Main St.<br>Palmer, IA 50571 | Feed Supply Contract |
| R and J Staiert Inc.<br>12080 Flintwood C. NW<br>Coon Rapids, MN 55448-8302 | Grower Contract |
| Sioux-Preme Packing Co.<br>4241 U.S. 75 Avenue<br>Sioux Center, IA 51250-0255 | Hog Supply Contract |
| Staiert Farm Partnership<br>19975 Falcon Ave<br>Carroll, IA 51401 | Grower Contract |
| Wayne Riesberg<br>25217 Jade Avenue<br>Carroll, IA 51401 | Grower Contract |

Sheet ___1___ of ___1___ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

## United States Bankruptcy Court
### Northern District of Iowa

In re **Big Sky Farms Inc.** _____     Case No. _____
                                                    Debtor(s)          Chapter    **15** _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Senior VP, Ernst & Young, Monitor of Big Sky Farms Inc. of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**20**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **11/10/2009** _____     Signature   **/s/Kevin Blair Brennan** _____

                                                     **Kevin Blair Brennan**
                                                     **Senior VP, Ernst & Young Inc., Monitor of Big Sky**
                                                     **Farms Inc.**

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                              18 U.S.C. §§ 152 and 3571.

Agri Stats, Inc.
PO Box 11264
Fort Wayne, IN 46856-1264


Archer Daniels Midland
2019 3rd Ave.
Mankato, MN 56001-2804


B&B Swine
19150 Sycamore Ave.
Glidden, IA 51443


Bank of Montreal
350 7th Avenue S.W.
First Canadian Centre, Ninth Floor
Calgary, Alberta T2P 3N9


Brent Gehling
27078 Granite Avenue
Manning, IA 51455


Brett McNaughton
37393 280th Street
Kingsley, IA 51028


Cablevey Intraco Inc.
PO Box 5228
Des Moines, IA 50306


CBC Farms
Jim Countryman
2957 150th Street
Moville, IA 51039


CIC Asset Management Inc.
1800 - 1874 Scarth Street
Regina, Saskatchewan S4P 4B3

Cliff Wiegers
c/o Wiegers Financial
901 3rd Avenue North
Saskatoon, Saskatchewan S7K 2K4


Deer Creek
Randy Hiemstra
44485 300th Street
Kingsley, IA 51028


DEL-uxe Animal Health
109 North C Street
Box 303
Sheldon, IA 51201


DEL-uxe Feeds Inc.
109 C St.
Sheldon, IA 51201


Destron Fearing
NW7891
PO Box 1450
Minneapolis, MN 55485-7981


Doug Hucka
3630 Norridge Ave
Lake City, IA 51449


Dustar Express, Inc.
4955 Eagle Avenue
Ireton, IA 51027


Edward J. Heck & Sons Co.
1625 S 13th Street
PO Box 3784
Omaha, NE 68103-0784

FAC Coop
12543 190th Street
PO Box 24
Arcadia, IA 51430


Farm Credit Canada
900 - 1801 Hamilton Street
Regina, Saskatchewan S4P 4L5


Farmers Coop
105 E Main St.
Hinton, IA 51024


FCC Ventures
a Division of Farm Credit Canada
3820 700 2nd St. SW
Calgary, Alberta T2P 2W2


Feedlogic Corporation
1717 16th Street N.E.
Floor 2
Willmar, MN 56201


Florian Possberg
P.O. Box 278
Humboldt, Saskatchewan S0K 2A0


G & D Pork, LLC
PO Box 125
Sheldon, IA 51201


Gabel Family Farms Inc.
20396 140th Street
Akron, IA 51001


Garrels Management Services
2706 Otter Ave
Sac City, IA 50583

Golden Opportunities Fund Inc.
1300, 410 - 22 Street East
Saskatoon, Saskatchewan S7K 5T6


Hull Veterinary Clinic
213 Black Forest Road
Hull, IA 51239


Hulstein and Sons
c/o Robert D. Hulstein
3444 US 75
Hull, IA 51239


International Trade Solutions
PO Box 12607
Grand Forks, ND 58208-2607


Jerrod Lynott
727 18th Street
PO Box 327
Hawarden, IA 51023


Jim and Cindy Lynott
PO Box 327
4513 Buchanan Ave.
Hawarden, IA 51023


Joe Rupiper
18513 235th Street
Carroll, IA 51401


John Opperman
408 Sue Street
Manning, IA 51455


Klocke Trucking
28779 - 280th Street
Coon Rapids, IA 50058

Lextron Animal Health Iowa
Department #1305
Denver, CO 80256


Matt Gehling
22924 270th Street
Carroll, IA 51401


MetaFarms, Inc.
423 West Travelers Trail
Burnsville, MN 55337


Multi-Wing America Inc.
15030 Berkshire Industrial Park
PO Box 425
Burton, OH 44021


National Bank of Canada
116 - 2nd Avenue South
Saskatoon, SK S7K 1K5 Canada


New Cooperative Inc.
206 Main St.
Palmer, IA 50571


New Feeds, LLC
fka Glidden Coop
2626 1st Avenue South
Fort Dodge, IA 50501


New Solutions LC
1841 Virginia Drive
Manhattan, KS 66502


Newsham Choice Genetics
5058 Grand Ridge Dr
Suite 200
West Des Moines, IA 50265

Plendl Feed Service, Inc.
124 Main Street
Kingsley, IA 51028


R and J Staiert Inc.
12080 Flintwood C. NW
Coon Rapids, MN 55448-8302


Scott Equipment Co.
605 4th Avenue N.W.
New Prague, MN 56071


Sioux-Preme Packing Co.
4241 U.S. 75 Avenue
Sioux Center, IA 51250-0255


Staiert Farm Partnership
19975 Falcon Ave
Carroll, IA 51401


Swine Robotics, Inc.
10858 365th Ave.
Leola, SD 57456


Swine Vet Center, PA
1608 South Minnesota Avenue
PO Box 269
Saint Peter, MN 56082


Templeton Vet Clinic
401 S Rye Avenue
Templeton, IA 51463


The Bank of Nova Scotia
306 - 20th Street West at Avenue C
Saskatoon, Saskatchewan S7M 0X2

The Bank of Nova Scotia, as Agent
720 King St. West, Second Floor
Toronto, Ontario M5V 2T3


The Bank of Nova Scotia, as Agent
40 King St. West, 62nd Floor
Toronto, Ontario M5W 2X6


Tim Vogl Trucking Inc.
PO Box 44
Arcadia, IA 51430


Wayne Riesberg
25217 Jade Avenue
Carroll, IA 51401